1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  IVANA DJAK (NYBN 5516687)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7157
       FAX: (415) 436-7234
8      Ivana.Djak@usdoj.gov

9  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,              )  CASE NO. 4:22-CR-00460-HSG
                                           )
14         Plaintiff,                      )  STIPULATION AND ORDER EXCLUDING
                                           )  TIME FROM SEPTEMBER 6, 2023, TO
15     v.                                  )  OCTOBER 4, 2023
                                           )
16  LEVAR GAULDING,                        )
                                           )
17         Defendant.                      )
                                           )
18

19         It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant Levar Gaulding, that time be excluded under the Speedy Trial Act from September 6, 2023,

21  through October 4, 2023.  At the status conference held on September 6, 2023, the government and

22  counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense

23  counsel could continue to prepare, including by discussing possible resolutions and pleas with the

24  defendant and the government.  For this reason and as further stated on the record at the status

25  conference, the parties stipulate and agree that excluding time until October 4, 2023 will allow for the

26  effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and

27  agree that the ends of justice are served by excluding the time from September 6, 2023 through October

28  4, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 22-CR-00460-HSG                                                                  v. 7/10/2018

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 7, 2023

/s/
IVANA DJAK
Assistant United States Attorney

DATED: September 7, 2023

/s/
JOYCE LEAVITT
Counsel for Defendant Levar Gaulding

## ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 6, 2023 and for good cause shown, the Court finds that failing to exclude the time from September 6, 2023 through October 4, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from September 6, 2023 through October 4, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 6, 2023 through October 4, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 9/7/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge